UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
JONATHAN HAKALA,                                :
                                                        Docket No. 07 Civ. 6902
                    Plaintiff,                  :

       -against-                                :    NOTICE OF
                                                     APPEARANCE
ANDREW RUDNICK, CATHERINE S. RUDNICK,            :
SLEEK, SLEEK MEDSPA, SLEEK NYC, LLC,
SLEEK USA, SKINKLINIC, INC., AND ITS             :
DIRECTORS, AND KATHERINE M. DWYER,
                                                :
                    Defendants.
------------------------------------------------X

      PLEASE TAKE NOTICE that Snitow Kanfer Holtzer & Millus, LLP hereby appears on behalf of Katherine M. Dwyer, and requests that all papers be served at the office address set forth below.

Dated: December 21, 2007
      New York, New York

                                    SNITOW KANFER HOLTZER
                                      & MILLUS, LLP

                    By:  _____
                                Paul F. Millus (PM-8240)
                                575 Lexington Avenue, 14th Floor
                                New York, New York 10022
                                (212) 317-8500

                                *Attorneys for Defendant,*
                                   *Katherine Dwyer*

TO:    JONATHAN HAKALA
         333 River Street
         Apartment 907
         Hoboken, New Jersey 07030-5867
         (347) 678-5550

         *Plaintiff, Pro Se*

CERTIFICATE OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

PAUL F. MILLUS certifies that on December 21, 2007 he caused a copy of the attached Notice of Appearance to be served upon the following by mail:

JONATHAN HAKALA
333 River Street
Apartment 907
Hoboken, New Jersey 07030-5867

PAUL F. MILLUS
(PM- 8240)

M:\CLIENT\838\02\Notice of Appearance.wpd