UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN HAKALA,

           Plaintiff,

-v-

ANDREW RUDNICK, et al.,

           Defendants.

No. 07 Civ.6902 (RJS)
REFERRAL ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

RICHARD J. SULLIVAN, District Judge:

    The above-entitled action is hereby referred to the Honorable Henry B. Pitman, Magistrate Judge, for the following purpose:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| ___ | Settlement* | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

* Do not check if already referred for general pretrial.

SO ORDERED.

Dated:    New York, New York
         May **9**, 2008

                                                   RICHARD J. SULLIVAN
                                                 UNITED STATES DISTRICT JUDGE