```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JONATHAN HAKALA,                    :

               Plaintiff,      :   07 Civ. 6902 (RJS)(HBP)

  -against-                         :   SCHEDULING
                                        ORDER
ANDREW RUDNICK, et al.,             :

               Defendants.     :

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       A initial pretrial conference having been held in this matter on June 12, 2008, with the consent of the parties, it is hereby ORDERED that:

       1. All parties shall make all disclosures required by Fed.R.Civ.P. 26(a)(1) no later than July 14, 2008.

       2. Any motions to amend the pleadings or to join additional parties shall be made no later than July 14, 2008.

       3. Any cross-claims shall be interposed no later than July 14, 2008.

       4. All fact discovery shall be completed on or before December 12, 2008.

       5. All parties have advised that they do not expect to utilize any expert witnesses in this matter.

6. Dispositive motions, if any, shall be served and filed no later than January 31, 2009.

7. The parties shall report for a settlement conference on August 4, 2008 at 10:00 a.m. in Courtroom 18A, United States Courthouse, 500 Pearl Street, New York, New York 10007. During yesterday's conference, plaintiff advised that he is currently scheduled to testify as an expert witness in the trial of another matter that begins on August 4, 2008. Plaintiff is directed to advise my Deputy Clerk, Mr. Daniel Ortiz ((212) 805-6112 or (212) 805-6105), no later than noon on August 1, 2008 whether that trial is going to proceed.

8. Dispositive motions, if any, shall be served and filed no later than January 31, 2009.

9. The Pretrial Order, in the form required by Judge Sullivan's rules, along with all other pretrial submissions required by Judge Sullivan, shall be filed on March 1, 2009 or thirty days after the decision on any dispositive motion (if it is still necessary after such decision), whichever date is later. Plaintiff shall serve a draft of his portion of the Pretrial Order on counsel for defendants no later than fifteen days prior to the Pretrial Order's due date. For the

convenience of all parties, a copy of Judge Sullivan's rules is available on the Court's web site, www.nysd.uscourts.gov.

Dated: New York, New York
June 13, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Mr. Jonathan Hakala
333 River Street
Hoboken, New Jersey  07030

Paul F. Millus, Esq.
Snitow Kanfer Holtzer & Millus LLP
575 Lexington Avenue
New York, New York  10022

Stephen W. Epstein, Esq.
17th Floor
1 Whitehall Street
New York, New York  10004