UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JONATHAN HAKALA,                         :
                                            07 Civ. 6902
                Plaintiff,    :

        -against-                      :   **RULE 7.1 STATEMENT**

ANDREW RUDNICK, CATHERINE S. RUDNICK,     :
SLEEK, SLEEK MEDSPA, SLEEK NYC, LLC,
SLEEK USA, SKINKLINIC, INC., AND ITS      :
DIRECTORS, AND KATHERINE M. DWYER,
                                          :
                Defendants.
----------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Katherine M. Dwyer certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

        None.

Dated:  New York, New York
       July 14, 2008

                                        SNITOW KANFER HOLTZER
                                           & MILLUS, LLP

                                           By:_____
                                              Paul F. Millus (PM-8240)
                                       575 Lexington Avenue, 14th Floor
                                       New York, New York 10022-6102
                                       (212) 317-8500
                                       *Attorneys for Defendant,*
                                           *Katherine M. Dwyer*

M:\CLIENT\838\02\Rule 7.1.wpd