UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

JONATHAN HAKALA,                              :
                                                           07 Civ. 6902
              Plaintiff,             :

-against-                                      :
                                                             ANSWER TO
ANDREW RUDNICK, CATHERINE S. RUDNICK,   :     CROSS-CLAIM
SLEEK, SLEEK MEDSPA, SLEEK NYC, LLC,
SLEEK USA, SKINKLINIC, INC., AND ITS           :
DIRECTORS, AND KATHERINE M. DWYER,

                                                           :
              Defendants.
                                                            :
----------------------------------------X

       Defendant, KATHERINE M. DWYER, by her attorneys, Snitow Kanfer Holtzer & Millus, LLP, hereby interposes a reply to the Cross-Claim asserted by Co-Defendants Andrew Rudnick, Catherine S. Rudnick, Sleek, Sleek MedSpa, Sleek NYC, LLC, and Sleek USA, by and through her attorneys, and responds as follows:

       1.       Denies the allegations contained in Paragraph 1 of the Cross-Claim.

       2.       Denies the allegations contained in Paragraph 2 of the Cross-Claim.

       3.       Denies the allegations contained in Paragraph 3 of the Cross-Claim.

       4.       Denies the allegations contained in Paragraph 4 of the Cross-Claim.

       5.       Denies the allegations contained in Paragraph 5 of the Cross-Claim.

       6.       Denies the allegations contained in Paragraph 6 of the Cross-Claim.

       7.       Denies the allegations contained in Paragraph 7 of the Cross-Claim.

       8.       Denies the allegations contained in Paragraph 8 of the Cross-Claim.

       9.       Denies the allegations contained in Paragraph 9 of the Cross-Claim.

10. Denies the allegations contained in Paragraph 10 of the Cross-Claim.

## FIRST AFFIRMATIVE DEFENSE

11. Cross-Claimants fail to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

12. Katherine Dwyer was not a signatory to any agreement with any cross-claimants.

13. Katherine Dwyer owed no duty to any cross-claimant in her individual capacity and has no liability in that capacity in connection with Sleek NYC, LLC's purchase of SkinKlinic, Inc.

WHEREFORE, Co-Defendant KATHERINE M. DWYER respectfully requests judgment in her favor dismissing all cross-claims asserted against her, together with costs and attorneys' fees.

_____
PAUL F. MILLUS

M:\CLIENT\838\02\Answer to Cross-Claim.wpd

## CERTIFICATE OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK   )

       PAUL F. MILLUS certifies that on August 1, 2008 he caused a copy of the attached Answer to Cross-Claim to be served upon the following by mail:

       JONATHAN HAKALA
       333 River Street
       Apartment 907
       Hoboken, New Jersey 07030-5867

       STEVEN W. EPSTEIN, ESQ.
       One Whitehall Street, 17th Floor
       New York, New York 10004

       _____
       PAUL F. MILLUS
       (PM- 8240)

M:\CLIENT\838\02\Answer to Cross-Claim.wpd