

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN HAKALA,

                Plaintiff,

-v-

ANDREW RUDNICK, *et al.*,

                Defendants.

No. 07 Civ. 6902 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference before the Court on March 2, 2009, the following amended schedule was adopted:

> The parties shall submit their opposition papers no later than March 13, 2009.
>
> The parties shall submit their reply papers, if any, no later than March 24, 2009.

SO ORDERED.

Dated:    March 2, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE